# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00713-CV

**James C. Guzman and Gloria A. Guzman, Appellants**

**v.**

**The Bank of New York Mellon f/k/a/ The Bank of New York as Successor in Interest to JP Morgan Chase Bank, N.A., not Individually but Solely as Trustee for the Holders of Bear Sterns Asset Backed Securities Trust 2006-2, Asset-Backed Certificates, 2006-2, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-14-002456, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## MEMORANDUM OPINION

The clerk's record in this appeal was due for filing in this Court on October 20, 2016. The Clerk of this Court subsequently notified the appellants that the clerk's record had not been filed due to their failure to pay or make arrangements to pay the district court clerk's fees for preparing the clerk's record. The notice requested that the appellants make arrangements for the clerk's record and submit a status report regarding this appeal by December 2, 2016. Further, the notice advised the appellants that their failure to comply with this request could result in the dismissal of this appeal for want of prosecution. To date, the appellants have not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed.

If the trial court clerk fails to file the clerk's record due to the appellants' failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may

dismiss the appeal for want of prosecution unless the appellants were entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). In this case, the appellants have not established that they are entitled to proceed without payment of costs. *See* Tex. R. Civ. P. 145; Tex. R. App. P. 20.1. Because the appellants have failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Prosecution

Filed:   January 6, 2017

2